UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS.

N1544123  NF-1
Case No. 3:08mj374

JESSE A. BRANSON

_____

## ORDER OF TRANSFER OF FUNDS

On December 13, 2008, the defendant in this case paid the sum of $231.50 to the Central

Violations Bureau by credit card on line. At that time, the defendant had not been to court, and

had not received a sentence by this court for the offense. The defendant has now appeared in

court on this date, pled guilty, and has been sentence to a fine of $60.00   and SMA of $ 5.00 , for

a total of $ 65.00.

It is hereby ORDERED:

Funds in the amount of $ 65.00   shall be transferred to the Finance Office of the Northern

District of Florida for the payment of the charge in our case 3:08mj374. The balance of the

amount ($166.50)  shall be paid to: Jesse A. Branson, 205 Spencer Dr., Ft. Walton Beach, FL

32547.

DONE AND ORDERED this 17th day of December, 2008, in Pensacola, Florida.

Miles Davis
U. S. Magistrate Judge