# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JESSE A. BRANSON** | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense)-- Short Form<br>CASE NUMBER: 3:08mj374/MD<br><br>**waived**<br>Defendant's Attorney |

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. 322.34(1) and 32 C.F.R. § 210 | Driving While License Suspended Without Knowledge | 10/11/08 | One |

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA has been paid.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 60.00 | $ 5.00 | $ 0.00 |

Date of Imposition of Sentence - 12/17/08

*Miles Davis* (signature)

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 12-18-2008